**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES McCONNELL,<br><br>        Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner Of Social Security,<br><br>        Defendant. | Case No. 1:14-cv-02083-SMS<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* PENDING COMPLETION OF MOTION<br><br>(Doc. 3) |

By motion filed December 30, 2014, Plaintiff James McConnell seeks to proceed *in forma pauperis*. Plaintiff has submitted an application that would make the showing required by 28 U.S.C. § 1915(a) were the application complete. For the Court to grant Plaintiff's motion, the application must be amended and re-submitted with a completed caption, inclusion of Plaintiff's name within the declaration, and inclusion of the date of signature.

Accordingly, the Court DENIES Plaintiffs' motion to proceed *in forma pauperis* without prejudice and GRANTS Plaintiff leave to submit an amended declaration. Plaintiff shall submit a completed application or shall pay the filing fee in full within thirty days of this order, or this case shall be dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: **December 31, 2014**          **/s/ Sandra M. Snyder**
                                                          UNITED STATES MAGISTRATE JUDGE