# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES McCONNELL,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner Of Social Security,<br><br>  Defendant. | Case No. 1:14-cv-02083-SMS<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* PENDING COMPLETION OF MOTION<br><br><br>(Doc. 5) |

By motion filed December 30, 2014, Plaintiff James McConnell sought to proceed *in forma pauperis*. Although Plaintiff submitted an application that would have made the showing required by 28 U.S.C. § 1915(a), the application was not completed. Accordingly, the Court denied the application and directed Plaintiff to amend the application and re-submit it with a completed caption, inclusion of Plaintiff's name within the declaration, and inclusion of the date of signature. On January 9, 2015, Plaintiff submitted an amended application on which the caption remained incomplete.

The Court notes that although Plaintiff is represented by counsel, an incomplete form has been submitted twice. Counsel is admonished carefully to review the next application before filing it since the Court will extend no further opportunities to amend the form.

Accordingly, the Court DENIES Plaintiffs' motion to proceed *in forma pauperis* without prejudice and GRANTS Plaintiff leave to submit an amended declaration in which the caption has

1

been completed with the parties' names and the case number.  Plaintiff shall submit a completed application or shall pay the filing fee in full within thirty days of this order, or this case shall be dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated:   **January 12, 2015**              **/s/ Sandra M. Snyder**
                                                                 UNITED STATES MAGISTRATE JUDGE